Before the Second Division, January 15, 1942

**No. 46831.**—Protests 982407–G, etc., of Benj. Wolf Co., Inc. (New York).

Opinion by Tilson, J. The record showed that certain of these silk mufflers in question were hemmed and they were therefore held dutiable at 60 percent under paragraph 1209. Those found to be unhemmed were held dutiable at 55 percent under the same paragraph. Protests sustained in part.

**No. 46832.**—Protests 981784–G, etc., of Bergdorf & Goodman Co. (New York).

Opinion by Tilson, J. From the record it was found that certain of the hemmed mufflers in question were imported prior to the effective date of the trade agreement with the United Kingdom (T. D. 49753). These were accordingly held dutiable at 60 percent under paragraph 1209. The hemmed mufflers imported subsequent to the trade agreement (T. D. 49753) were held dutiable at 45 percent under paragraph 1209 and (T. D. 49753) as claimed. Protests sustained in part.

**No. 46833.**—Protests 941861–G, etc., of Deauville Specialty Corp. (New York).

Opinion by Tilson, J. In accordance with the record presented the woven silk mufflers, hemmed, which were imported prior to the effective date of the trade agreement with the United Kingdom (T. D. 49753) were held dutiable at 60 percent under paragraph 1209. Those imported subsequent to the trade agreement in question were held dutiable at 45 percent under paragraph 1209 and (T. D. 49753) as claimed.

**No. 46834.**—Protest 984392–G of Oppenheim & Baruch, Inc. (New York).

Opinion by Tilson, J. The record showed that the merchandise in question consists of woven silk mufflers, hemmed. The claim at 60 percent under paragraph 1209 was therefore sustained.

Before the Third Division, January 16, 1942

**No. 46835.**—Protest 971976–G of Tai Wo Tong Co. (Los Angeles).

Opinion by Cline, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) the merchandise in question was held entitled to free entry as crude drugs under paragraph 1669 as claimed.